MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

SUZANNE M. DeBERRY (CABN 259455)
Special Assistant United States Attorney
   150 South Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5588
   Facsimile: (408) 535-5066
   suzanne.deberry2@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-00729 EJD |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER CONTINUING HEARING FROM |
| v. ) | SEPTEMBER 19, 2011 TO OCTOBER 17, |
| ) | 2011 AND EXCLUDING TIME FROM |
| STEVEN LEE VARGEM, ) | THE SPEEDY TRIAL ACT |
| ) | CALCULATION |
| Defendant. ) | |
| ) | |

     The Parties, Steven Lee Vargem and the United States, acting through respective counsel, hereby stipulate, subject to the Court's approval, that the hearing currently set for September 19, 2011 at 1:30pm be vacated, and that the hearing be re-set for October 17, 2011 at 1:30pm. The government is requesting the continuance of the hearing due to the need for additional time for effective preparation and the need to jointly negotiate a resolution in this matter.

     The parties stipulate that the time between September 19, 2011 and October 17, 2011 is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny government counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Finally, the parties

1

agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: September 14, 2011    MELINDA HAAG
                United States Attorney

                 /s/
                SUZANNE M. DeBERRY
                Special Assistant United States Attorney


                 /s/
                DONALD E. J. KILMER, JR.
                Attorney for Defendant

# [~~PROPOSED~~ As Modified] ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the hearing in this matter previously set for September 19, 2011 at 1:30 pm is vacated, and the matter is continued to October 17, 2011 at 1:30pm. Further, the Court ORDERS that the time between September 19, 2011 and October 17, 2011 is excluded under the Speedy Trial Act, 18 U.S.C. §3161. The court finds that the failure to grant the requested continuance would unreasonably deny government counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: September 15, 2011

_____
EDWARD J. DAVILA
UNITED STATES DISTRICT COURT JUDGE