1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  CAROLYNE ARANGO SANIN (DCBN 499564)
   Special Assistant United States Attorney
5      150 South Almaden Boulevard, Suite 900
       San Jose, California 95113
6      Telephone: (408) 535-5596
       Facsimile: (408) 535-5066
7      carolyne.sanin@usdoj.gov

8  Attorneys for the United States

**IT IS SO ORDERED AS MODIFIED**
*Judge Edward J. Davila*
1/20/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 10-CR-729 EJD |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER CONTINUING HEARING TO |
| v. ) | JANUARY 30, 2012 |
| ) | |
| STEVEN LEE VARGEM, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The Parties, acting through respective counsel, hereby stipulate, subject to the Court's approval, that the hearing currently set for January 23, 2012 at 1:30 pm be vacated, and that the hearing be re-set for February 6, 2012 at 1:30 pm. The parties are requesting the continuance of the hearing due to the need for additional time for effective preparation and the need to jointly negotiate a resolution in this matter.

The parties stipulate that the time between January 23, 2012 and February 6, 2012, is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Finally, the parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of

1

the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: January 19, 2012  MELINDA HAAG
United States Attorney

___/s/_____
Carolyne A. Sanin
Special Assistant United States Attorney


___/s/_____
Don Kilmer
Attorney for Defendant

### [PROPOSED] ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the hearing in this matter previously set for January 23, 2012 at 1:30 pm is vacated, and the matter is continued to February 6, 2012 at 1:30 pm.

IT IS SO ORDERED.

DATED: January 20, 2012  _____
EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE