MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

GARY G. FRY (CABN 85582)
Assistant United States Attorney

CAROLYNE ARANGO SANIN (DCBN 499564)
Special Assistant United States Attorney
  150 South Almaden Boulevard, Suite 900
  San Jose, California 95113
  Telephone: (408) 535-5596
  Facsimile: (408) 535-5066
  carolyne.sanin@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.    10-CR-729 EJD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING HEARING TO |
| v. | ) | MAY 21, 2012 |
| | ) | |
| STEVEN LEE VARGEM, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

The Parties, acting through respective counsel, hereby stipulate, subject to the Court's approval, that the hearing currently set for April 30, 2012 at 1:30 pm be vacated, and that the hearing be re-set for May 21, 2012 at 1:30 pm. The parties are requesting the continuance of the hearing due to the need for additional time for effective preparation and the need to jointly negotiate a resolution in this matter.

The parties stipulate that the time between April 30, 2012 and May 21, 2012, is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective

preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: April 25, 2012     MELINDA HAAG
             United States Attorney


             ___/s/_____
             GARY G. FRY
             Assistant United States Attorney

             CAROLYNE A. SANIN
             Special Assistant United States Attorney



             ___/s/_____
             Don Kilmer
             Attorney for Defendant


### [PROPOSED] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing currently set for April 30, 2012 at 1:30 p.m., shall be continued to May 21, 2012, at 1:30 p.m.

THE COURT FINDS that failing to exclude the time between April 30, 2012 and May 21, 2012, would unreasonably deny the government continuity of counsel and deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time between April 30, 2012 and May 21, 2012, from computation under the Speedy Trial Act

outweigh the interests of the public and the defendant in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that the time between April 30, 2012 and May 21, 2012, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED:  April 26, 2012



EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE