MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

GARY G. FRY (CABN 85582)
Assistant United States Attorney

CAROLYNE ARANGO SANIN (DCBN 499564)
Special Assistant United States Attorney
   150 South Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5596
   Facsimile: (408) 535-5066
   carolyne.sanin@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-CR-729 EJD |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER PERMITTING THE PARTIES TO SET A BRIEFING SCHEDULE ON JUNE 4, 2012 |
| v. | |
| STEVEN LEE VARGEM, | |
| Defendant. | |

The Parties, acting through respective counsel, hereby stipulate, subject to the Court's approval, that the parties be allowed to set a briefing schedule for trial briefs on June 4, 2012. On May 21, 2012, the Court vacated the June 4, 2012 trial date and set a further status hearing for June 4, 2012. The parties agreed to update the Court on June 4, 2012 about whether the parties would be waiving a jury trial and proceeding via a stipulated facts bench trial. In addition, the parties agreed to set a new trial date.

On May 21, 2012, the Court signed an order permitting the parties to file separate trial briefs addressing the stipulated facts, if and when they become finalized. *See* Doc. No. 57. The parties

1

have completed a draft set of stipulated facts for a potential bench trial in this matter. Currently, the criminal chief of the San Francisco US Attorney's Office is reviewing the draft set of facts.

However, on May 21, 2012, the Court issued a minute order that indicated that the parties were to file their trial briefs by June 4, 2012. *See* Doc. No. 58. The parties would jointly request permission to set a briefing schedule for trial briefs at the next status hearing set for June 4, 2012.

DATED: May 30, 2012

MELINDA HAAG
United States Attorney

\_\_\_/s/_____
GARY G. FRY
Assistant United States Attorney

CAROLYNE A. SANIN
Special Assistant United States Attorney

\_\_\_/s/_____
Don Kilmer
Attorney for Defendant

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the parties be allowed to set a trial briefing schedule on June 4, 2012.

IT IS SO ORDERED.

DATED: 5/31/2012

_____
EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE